STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00342 YGR |
| Plaintiff, | STIPULATION TO RESET INITIAL APPEARANCE AND ORDER |
| v. | |
| DEREK WILLIAMS, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Derek Williams that the initial appearance currently set for July 25, 2022 be reset to August 8, 2022 at 10:30 a.m. Defendant is currently in custody in Tulare County on state charges and unavailable to appear for his initial appearance in federal court. The parties need additional time to coordinate with the appropriate agencies to arrange Defendant's transportation from Tulare County to make this initial appearance. Accordingly, the parties submit that good cause exists to reset Defendant's initial appearance to August 8, 2022.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

1     IT IS SO STIPULATED.

2   DATED: 7/21/2022                            /s/
3                                                            **CHRISTOFFER LEE**
                                                           Assistant United States Attorney

4
5   DATED: 7/21/2022                            /s/
                                                           **SARAH POTTER/**
6                                                            Counsel for Defendant
                                                           **DEREK WILLIAMS**

7

8                                                      **ORDER**

9     Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the
10 Court RESETS the initial appearance currently set for July 25, 2022 to August 8, 2022 at 10:30 a.m.

11

12

13     IT IS SO ORDERED.

14

15 DATED: July 22, 2022

16                                                             HON. DONNA M. RYU
                                                            United States Magistrate Judge