1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

7 | FAX: (408) 535-5081
christoffer.lee@usdoj.gov

8

Attorneys for United States of America

9

FILED

Aug 05 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA,                    ) NO. CR 21-00342 YGR
                                                )
14 |     Plaintiff,                              ) STIPULATION TO RESET INITIAL
                                                ) APPEARANCE AND ORDER
15 |   v.                                        )
                                                )
16 | DEREK WILLIAMS,                             )
                                                )
17 |     Defendant.                              )
                                                )
18

19 |         It is hereby stipulated by and between counsel for the United States and counsel for the

20 | defendant Derek Williams that the initial appearance currently set for August 8, 2022 be reset to August

21 | 29, 2022 at 10:30 a.m.  Defendant is currently in custody in Tulare County on state charges and

22 | unavailable to appear for his initial appearance in federal court.  The parties need additional time to

23 | coordinate with the appropriate agencies to arrange Defendant's transportation from Tulare County to

24 | make this initial appearance.  Accordingly, the parties submit that good cause exists to reset Defendant's

25 | initial appearance to August 29, 2022.

26 |         The undersigned Assistant United States Attorney certifies that he has obtained approval from

27 | counsel for the defendant to file this stipulation and proposed order.

28

STIPULATION TO RESET INITIAL APPEARANCE AND ORDER
Case No. CR 21-00342 YGR                                                      v. 7/10/2018

1      IT IS SO STIPULATED.

2    DATED:  8/5/2022                              /s/
                                          **CHRISTOFFER LEE**
3                                         Assistant United States Attorney

4    DATED:  8/5/2022                              /s/
5                                         **SARAH POTTER/**
                                          Counsel for Defendant
6                                         **DEREK WILLIAMS**

7

8                              **ORDER**

9        Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

10   Court RESETS the initial appearance currently set for August 8, 2022 to August 29, 2022 at 10:30 a.m.

11

12

13      IT IS SO ORDERED.

14

15   DATED:  August 5, 2022
                                          **HON. KANDIS A. WESTMORE**
16                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28